## United States Bankruptcy Court
### Western District of Pennsylvania

In re: **Floyd D. Flasher / Betty L. Flasher**, Debtor(s)

Case No. **18-10600-TPA**
Chapter **7**
Document 18

# CERTIFICATE OF SERVICE

I hereby certify that on **October 13, 2018**, copies of the Court Order dated October 10, 2018, the 341 Meeting of Creditors Notice, Amendment of Schedule D, and Certificate of Service were served electronically or by regular United States mail to all interested parties, the Trustee and all affected creditors listed below.

### Service by NEF

John C. Melaragno, Trustee, johnm@mplegal.com, jmelaragno@IQ7technology.com; katie@mplegal.com;kbernsley@hotmail.com; john.mello21@gmail.com

Office of the United States Trustee, ustpregion03.pi.ecf@usdoj.gov

James Warmbrodt on behalf of Creditor PNC Bank National Association, bkgroup@kmllawgroup.com

### Service by First-Class Mail

CNH Captital America, PO Box 3600, Lancaster, PA  17604

/s/ Sara J. Flasher, Esquire
**Sara J. Flasher, Esquire 202288**
**Sara Flasher Law Office**
**PO Box 384**
**Warren, PA 16365**
**412-977-2437 Fax:814-726-4550**
**sarajaneflasher@aol.com**